IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FIDEL PEREZ GONI,
    Plaintiff,

vs.                                CASE NO.: 3:07cv395/MCR/MD

JAMES MCDONOUGH, et al.,
    Defendants.

## O R D E R

    This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* (doc. 2). The court notes that the prisoner consent form signed by plaintiff is an outdated version which reflects a filing fee of $250.00. Actually, the current filing fee for a civil case is $350.00. Because a prisoner who has been granted leave to proceed *in forma pauperis* is ultimately responsible for the entire amount, it is important that litigants are aware of the liability they incur by filing suit.

    Therefore, if plaintiff wishes to proceed with this case, he shall either pay the $350.00 filing fee in full or submit a current prisoner consent form

    Accordingly, it is ORDERED:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

    2.    The clerk is directed to send plaintiff a current prisoner consent form which he shall fill out and file within thirty (30) days. Plaintiff need not resubmit his account information.

    3.    Failure to comply with this order will result in a recommendation that this case be dismissed.

    DONE AND ORDERED this 28th day of September, 2007.

    /s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE