IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FIDEL PEREZ GONI,
    Plaintiff,

vs.                                              CASE NO.:  3:07cv395/MCR/MD

JAMES MCDONOUGH, et al.,
    Defendants.
    _____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 15, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

At Pensacola, Florida, this 20th day of June, 2008.

                              *s/ M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE